UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TEAMOCHI CORP.,<br><br>　　　　Defendant. | Case No.  22-cv-00540-SVK<br><br>**ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TEAMOCHI CORPORATION**<br><br>Re: Dkt. No. 16 |

Plaintiff Scott Johnson filed this action for violation of the Americans with Disabilities Act and the California Unruh Civil Rights Act. Dkt. 1. The sole defendant named in the action is Teamochi Corporation ("Teamochi" or "Defendant"). *Id.* Plaintiff contends that at the times relevant to the complaint, Teamochi owned TeAmo Boba Tea located at 4131 El Camino Real, Palo Alto, California. *Id.* ¶¶ 2-3.

Defendant has not appeared in the action or opposed the motion for default judgment. The Court deems the motion for default judgment appropriate for determination without oral argument pursuant to Civil Local Rule 7-1(b).

For the reasons that follow, the Court **ORDERS** Plaintiff to re-serve the motion for default judgment on Teamochi as directed below.

**I.　BACKGROUND**

According to the Complaint, Plaintiff is a level C-5 quadriplegic who uses a wheelchair for mobility and has a specially equipped van. Dkt. 1 at ¶ 1. Plaintiff's complaint alleges that the outside dining services at TeAmo Boba Tea violate Plaintiff's rights under the ADA and the Unruh Act. Dkt. 1 at ¶¶ 10-33. According to the proof of service filed by Plaintiff, Teamochi was served with the summons and complaint on February 7, 2022, by service on its registered agent for service of process, Legalcorp Solutions, Inc., at 8939 S. Sepulveda Blvd., Suite 102, Los Angeles,

California 90045.  Dkt. 9.

Teamochi has not filed an answer or other response to the complaint.  The Clerk of Court entered default against Teamochi on May 23, 2022.  Dkt. 12.

Plaintiff now moves for default judgment against Teamochi.  Dkt. 16.

## II. DISCUSSION AND DISPOSITION

Plaintiff filed a proof of service of the motion for default judgment on Teamochi by mail at the following address:  "Teamochi Corp., a California Corporation, 939 S. Sepulveda Blvd. Suite 102, Los Angeles, CA 90045.: Dkt. 16-15.  Plaintiff's earlier request for entry of default was served by mail to the same address. Dkt. 11-2.  However, this address is different than the address where Plaintiff served the summons and complaint on Teamochi's agent for service of process, which was "8939 S. Sepulveda Blvd. Suite 102, Los Angeles, CA 90045."  Dkt. 9.  According to public records submitted by Plaintiff in support of his motion for default judgment, the latter "8939" street number is the correct address for Teamochi's registered agent.  Dkt. 16-7 at PDF p. 4.

Accordingly, to ensure that Teamochi has proper notice of and opportunity to respond to Plaintiff's motion for default judgment, the Court **ORDERS** as follows:

1. No later than **December 5, 2022,** Plaintiff is ordered to re-serve Teamochi with the motion for default judgment and this Order at the correct address for its registered agent identified in Dkt.  16-7 at PDF p. 4 and file a proof of service with the Court. The service should be addressed to Teamochi Corporation in care of its registered agent, Legalcorp Solutions, Inc.
2. Teamochi's response to the motion for default judgment is due no later than **December 22, 2022.**
3. The Court will set a hearing on the motion for default judgment if necessary.

Dated: November 28, 2022

SUSAN VAN KEULEN
United States Magistrate Judge

2